IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY P. GREENE, AIS # 237553,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-0779-CG-M |
| **CORRECTIONAL MEDICAL SERVICES, et al.,** | : |
| | : |
| Defendants. | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims are either frivolous or fail to state a claim upon which relief may be granted.

**DONE and ORDERED** this 25th day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE